# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139072

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

　　　　　　　　　　　　　　　　　　SC: 139072
　　　　　　　　　　　　　　　　　　COA: 282399
　　　　　　　　　　　　　　　　　　Wayne CC: 07-012111-FC

VINCENT LAVELL BETTS,
　　　　Defendant-Appellant.

_____/

　　　　On order of the Court, the application for leave to appeal the April 23, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009

Clerk

p1019